UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| GREAT AMERICA INSURANCE COMPANY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHANG, et al.,<br><br>Defendants.<br>_____/ | No. C 12-00833 LB<br><br>**ORDER DIRECTING COMPLIANCE WITH THIS DISTRICT'S CIVIL LOCAL RULES WITH RESPECT TO THE RE-FILING OF DEFENDANTS' MOTION TO DISMISS**<br><br>[Re: ECF No. 12] |

On May 16, 2012, Defendants Michael Chang and Roxanne Chang filed a motion to dismiss Plaintiff Great America Insurance Company's complaint. Motion to Dismiss, ECF No. 12. In the court's Electronic Case Filing ("ECF") system, Defendants noticed their motion for hearing before the undersigned on Thursday, August 2, 2012. *Id*. (docket text). Defendants also entered deadlines requiring Plaintiffs' opposition to be due by July 12, 2012 and Defendants' reply to be due by July 30, 2012 (docket text).

The noticed hearing date is acceptable because this court's civil law and motion calendar is held on the first and third Thursdays of each month. Defendants, though, failed to include the hearing date and time on any of the papers submitted. *See* Motion to Dismiss, ECF No. 12 at 1; Notice of Motion, ECF No. 12-3 at 1. This District's Civil Local Rule 7-2(b) requires that the noticed hearing date and time be found on the motion's caption page and in its first paragraph. N.D. Cal. Civ. L.R. 7-2(b)(1), (2).

Defendants' selected briefing deadlines also do not comply with this District's Civil Local Rules. The court did not give Defendants permission to set these briefing deadlines, and the court does not know why they were selected. This District's Civil Local Rule 7-3(a) and (c) set clear deadlines for briefing on noticed motions. N.D. Cal. Civ. L.R. 7-3(a) ("Any opposition to a motion must be served and filed not more than 14 days after the motion is served and filed."), (c) ("Any reply to an opposition must be served and filed by the moving party not more than 7 days after the opposition is served and filed.").

Defendants are directed to re-notice their motion in accordance with Civil Local Rule 7-2. Briefing on the motion shall proceed in accordance with Civil Local Rule 7-3. All parties are directed to review this District's Civil Local Rules and comply with them for all future filings and proceedings.

**IT IS SO ORDERED.**

Dated: May 18, 2012

_____
LAUREL BEELER
United States Magistrate Judge