UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, et al., | No. C 12-00833 LB |
| Plaintiffs, | **ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT** |
| v. | [Re: ECF Nos. 12, 15] |
| MICHAEL CHANG, et al., | |
| Defendants. | |

Plaintiffs instituted this action on February 21, 2012. Complaint, ECF No. 1. On May 16, 2012, Defendants moved to dismiss Plaintiffs' complaint. Motion to Dismiss, ECF No. 12.[1] In response, Plaintiffs filed a First Amended Complaint in accordance with Federal Rule of Civil Procedure 15(a)(1)(B). First Amended Complaint, ECF No. 16. Although it does not appear that Plaintiffs added many new allegations, those that were added appear to have been directed toward at least one of the arguments in Defendants' motion to dismiss. *See* FAC, ECF No. 16 at 2-3, 7, 28-29, 44, ¶¶ 4-5, 20, 96; Motion to Dismiss, ECF No. 12 at 7-8. Accordingly, Defendants' motion to dismiss Plaintiffs' original complaint is DENIED AS MOOT.

This disposes of ECF Nos. 12 and 15.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 12-00833 LB
ORDER

**IT IS SO ORDERED.**

Dated: June 6, 2012

_____
LAUREL BEELER
United States Magistrate Judge