Gregg S. Garrison (SBN 141653)
GARRISON LAW CORPORATION
161 Cortez Avenue
Half Moon Bay, CA 94019
Telephone:   (650) 726-1111
Facsimile:    (650) 726-9315

Herman I. Kalfen (SBN 160592)
1 Embarcadero Center, Suite 500
San Francisco, CA  94111
Telephone:   (415) 315-1710
Facsimile:    (415) 433-5992

Attorneys for Defendants Michael Chang, an individual and DBA Sunrise Cleaners, Inc.; Roxanne Chang, an individual and DBA Sunrise Cleaners, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York Corporation;<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHANG, an individual and Dba Sunrise Cleaners, Inc.,; and ROXANNE CHANG, an individual and Dba Sunrise Cleaners, Inc.,<br><br>Defendants. | Case No.   3:12-CV-00833-~~LB~~  SC<br><br>Action Filed: February 23, 2012<br><br>_____<br><br>DEFENDANT'S REQUEST FOR PERMISSION AND PROPOSED ORDER TO ATTEND THE SEPTEMBER 21, 2012 10:00 A.M JOINT CASE MANAGEMENT CONFERENCE TELEPHONICALLY<br><br>DEMAND FOR TRIAL BY JURY<br><br>Honorable Judge Laurel Beeler |

Defendants Michael Chang, an individual, and dba Sunrise Cleaners, Inc., and Roxanne Chang, an individual ("Chang" or "Defendants") hereby request the Court's permission to attend the

1 of 2 pages

**Answer and Counterclaims by Defendants Michael Chang and Roxanne Chang to First Amended Complaint from Great American Insurance Companies (GAIC)**

1 September 21, 2012 10:00 A.M. Case Management Conference telephonically.  The reason I am

2 seeking permission to attend the conference telephonically is because I have other time-limited

3 commitments (two depositions in Concord, CA ) that prevent travel to the Court in a timely

4 manner.  I have met and conferred with opposing counsel on this matter via email today.

6 DATED: September 14, 2012                  Respectfully submitted,

7                                           MICHAEL CHANG, an individual and DBA Sunrise
                                            Cleaners, Inc., and ROXANNE CHANG, and individual
8

9                                           By: /s/ Gregg S. Garrison
                                            Attorney for Defendants

10

11                                          Gregg S. Garrison
                                            GARRISON LAW CORPORATION
12                                          161 Cortez Avenue
                                            Half Moon Bay, California 94019
13                                          (650) 726-1111

14

15                               **[proposed] Order**

16 Permission to attend the September 21, 2012 10:00 A.M. Case Management Conference is

17 GRANTED.  The call in number is _____.

18 Dated: _____

19

20 _____
21 Signature of Honorable Magistrate Laurel Beeler

22

*[DENIED stamp — Judge Samuel Conti]*

23
                              **CERTIFICATE OF SERVICE**
24
I, Gregg S. Garrison, an attorney, certify under penalty of perjury that I caused a copy of
25
the forgoing document to be served on all counsel of record via the Court's CM/ECF online filing
26
system this 14th day of September, 2012.
27
                                                           /s/ Gregg S. Garrison
28
                                      2 of 2 pages

**Answer and Counterclaims by Defendants Michael Chang and Roxanne Chang to First Amended Complaint
from Great American Insurance Companies (GAIC)**