1  Gregg S. Garrison (SBN 141653)
   GARRISON LAW CORPORATION
2  161 Cortez Avenue
3  Half Moon Bay, CA 94019
   Telephone:   (650) 726-1111
4  Facsimile:   (650) 726-9315

5  Herman I. Kalfen (SBN 160592)
   1 Embarcadero Center, Suite 500
6  San Francisco, CA  94111
7  Telephone:   (415) 315-1710
   Facsimile:   (415) 433-5992
8
   Attorneys for Defendants Michael Chang, an individual and DBA Sunrise Cleaners, Inc.; Roxanne
9  Chang, an individual and DBA Sunrise Cleaners, Inc.

10
11                           IN THE UNITED STATES DISTRICT COURT

12                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                                       SAN JOSE DIVISION

14

15  GREAT AMERICAN INSURANCE           Case No.   3:12-CV-00833-~~LB~~ SC
    COMPANY, an Ohio Corporation; and
16  GREAT AMERICAN INSURANCE           Action Filed: February 23, 2012
    COMPANY OF NEW YORK, a New York
17  Corporation;
                                       _____
18            Plaintiffs,
                                       DEFENDANT'S REQUEST FOR
19       v.                            PERMISSION AND PROPOSED ORDER
                                       TO ATTEND THE SEPTEMBER 21,
20  MICHAEL CHANG, an individual and Dba 2012 10:00 A.M JOINT CASE
    Sunrise Cleaners, Inc.,; and ROXANNE MANAGEMENT CONFERENCE
21  CHANG, an individual and Dba Sunrise TELEPHONICALLY
    Cleaners, Inc.,
22                                     _____
            Defendants.
23                                     DEMAND FOR TRIAL BY JURY

24                                     Honorable Judge Laurel Beeler

25  Defendants Michael Chang, an individual, and dba Sunrise Cleaners, Inc., and Roxanne Chang, an

26  individual ("Chang" or "Defendants") hereby request the Court's permission to attend the

27
28                                         1 of 2 pages

**Answer and Counterclaims by Defendants Michael Chang and Roxanne Chang to First Amended Complaint from Great American Insurance Companies (GAIC)**

GARRISON LAW CORPORATION
161 Cortez Avenue
Half Moon Bay, CA 94019-5325
TELEPHONE 650-726-1111 ♦ FAX 650-726-9315

1  September 21, 2012 10:00 A.M. Case Management Conference telephonically.  The reason I am

2  seeking permission to attend the conference telephonically is because I have other time-limited

3  commitments (two depositions in Concord, CA ) that prevent travel to the Court in a timely

4  manner.  I have met and conferred with opposing counsel on this matter via email today.

5

6  DATED: September 14, 2012          Respectfully submitted,

7                                     MICHAEL CHANG, an individual and DBA Sunrise
                                       Cleaners, Inc., and ROXANNE CHANG, and individual
8

9                                      By: /s/ Gregg S. Garrison
                                       Attorney for Defendants
10

11                                     Gregg S. Garrison
                                       GARRISON LAW CORPORATION
12                                     161 Cortez Avenue
                                       Half Moon Bay, California 94019
13                                     (650) 726-1111

14                                  **[proposed] Order**

15

16 Permission to attend the September 21, 2012 10:00 A.M. Case Management Conference is

17 GRANTED.  The call in number is _____.

18 Dated: _____

19

20 _____

21 Signature of Honorable Magistrate Laurel Beeler



22

23                              **CERTIFICATE OF SERVICE**

24 I, Gregg S. Garrison, an attorney, certify under penalty of perjury that I caused a copy of

25 the forgoing document to be served on all counsel of record via the Court's CM/ECF online filing

26 system this 14th day of September, 2012.

27                                                              /s/ Gregg S. Garrison

28                                    2 of 2 pages

**Answer and Counterclaims by Defendants Michael Chang and Roxanne Chang to First Amended Complaint
from Great American Insurance Companies (GAIC)**

GARRISON LAW CORPORATION
161 Cortez Avenue
Half Moon Bay, CA 94019-5325
TELEPHONE 650-726-1111 ♦ FAX 650-726-9315