1  Mark D. Plevin  (State Bar No. 146278)
   Rebecca M. Suarez  (State Bar No. 284853)
2  CROWELL & MORING LLP
   275 Battery Street, 23rd Floor
3  San Francisco, California  94111
   Telephone: 415.986.2800
4  Facsimile: 415.986.2827
   E-mail: mplevin@crowell.com
5
   Attorneys for Third-Party Defendant
6  FIREMAN'S FUND INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York Corporation,<br><br>15              Plaintiffs,<br><br>16       v.<br><br>17  MICHAEL CHANG, an individual and Dba Sunrise Cleaners, Inc.; and ROXANNE CHANG, an individual and Dba Sunrise Cleaners, Inc.,<br><br>              Defendants.<br><br>20  MICHAEL CHANG, an individual and Dba Sunrise Cleaners, Inc.; and ROXANNE CHANG, an individual and Dba Sunrise Cleaners, Inc.,<br><br>              Third-Party Plaintiffs,<br><br>24       v.<br><br>25  FIREMAN'S FUND INSURANCE COMPANY,<br><br>              Third-Party Defendant. | Case No. 3:12-CV-00833-SC<br><br>Action Filed: February 23, 2012<br><br>**STIPULATION EXTENDING UNTIL MARCH 8, 2013 FIREMAN'S FUND INSURANCE COMPANY'S TIME TO RESPOND TO FIRST AMENDED THIRD-PARTY COMPLAINT**<br><br>Judge:    Hon. Samuel Conti |

28

As permitted by Civil Local Rule 6-1(a), third-party plaintiffs Michael Chang and Roxanne Chang and third-party defendant Fireman's Fund Insurance Company hereby stipulate to extend, from March 1, 2013 to and including March 8, 2013, the time within which Fireman's Fund may answer or otherwise respond to the First Amended Third-Party Complaint (Dkt. No. 50).

Dated: February 25, 2013         CROWELL & MORING LLP


                                 _____/s/ Mark D. Plevin_____
                                       Mark D. Plevin

                                 Attorneys for Third-Party Defendant
                                 FIREMAN'S FUND INSURANCE COMPANY

Dated: February 26, 2013         GARRISON LAW CORPORATION


                                 _____/s/ Gregg S. Garrison_____
                                       Gregg S. Garrison

                                 Attorneys for Defendants and Third-Party Plaintiffs
                                 MICHAEL CHANG and ROXANNE CHANG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
02/27/2013
IT IS SO ORDERED
Judge Samuel Conti

- 2 -

STIPULATION TO EXTEND TIME TO RESPOND TO
AMENDED THIRD-PARTY COMPLAINT
CASE NO. 3:12-CV-00833-SC