Gregg S. Garrison (SBN 141653)
GARRISON LAW CORPORATION
161 Cortez Avenue
Half Moon Bay, CA 94019
Telephone:   (650) 726-1111
Facsimile:    (650) 726-9315

Herman I. Kalfen (SBN 160592)
1 Embarcadero Center, Suite 500
San Francisco, CA  94111
Telephone:   (415) 315-1710
Facsimile:    (415) 433-5992

Attorneys for Defendants Michael Chang, an individual and DBA Sunrise Cleaners, Inc.; Roxanne Chang, an individual and DBA Sunrise Cleaners, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation; and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York Corporation;<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHANG, an individual and Dba Sunrise Cleaners, Inc.,; and ROXANNE CHANG, an individual and Dba Sunrise Cleaners, Inc.,<br><br>Defendants.<br><br>AND ALL RELATED CROSS ACTIONS | Case No.    3:12-CV-00833-LB<br><br>Action Filed: February 23, 2012<br><br>(~~proposed~~)<br>ORDER GRANTING 10 ADDITIONAL DAYS FOR CHANG THIRD PARTY PLAINTIFFS TO FILE OPPOSITION TO MOTION TO DISMISS THIRD PARTY COMPLAINT FILED BY FIREMAN'S FUND (FROM MARCH 21, 2013 TO APRIL 1, 2013) AND ADDITIONAL TIME FOR FFIC REPLY TO OPPOSITION<br><br>Date:   May 10, 2013<br>Time:  10:00 a.m.<br>Ctrm.:  1<br>Judge:  Hon. Samuel Conti |

1 of 2 pages

Order Upon Stipulation for 10 Days Additional Time for Chang Third Party Plaintiff to Oppose Third Party Defendant Fireman's Fund Motion to Dismiss Chang's Third Party Complaint and Additional Time for Fireman's Fund to Reply to Changs' Opposition

As permitted by Civil Local Rule 6-1(b), third-party plaintiffs Michael Chang and Roxanne Chang and third-party defendant Fireman's Fund Insurance Company Stipulated to extend the time to file an Opposition and Reply to the Fireman's Fund Motion to Dismiss (ECF Document #53) the Chang First Amended Third-Party Complaint (ECF Document #50), and the parties have requested an Order upon Stipulation to effectuate same.

IT IS HEREBY ORDERED:

Third-party plaintiffs Michael Chang and Roxanne Chang have until on or before April 1, 2013 to file an Opposition to third-party defendant Fireman's Fund Insurance Company's Motion to Dismiss (ECF Document #53). Third-party defendant Fireman's Fund Insurance Company has until on or before April 11, 2013 in which to file its Reply to Opposition to Motion to Dismiss.

Dated: 03/20/2013



Hon. Samuel Conti

2 of 2 pages

Order Upon Stipulation for 10 Days Additional Time for Chang Third Party Plaintiff to Oppose Third Party Defendant Fireman's Fund Motion to Dismiss Chang's Third Party Complaint and Additional Time for Fireman's Fund to Reply to Changs' Opposition