IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL CHANG, d/b/a SUNRISE CLEANERS, INC., and ROXANNE CHANG, d/b/a, SUNRISE CLEANERS, INC.,<br><br>    Defendants. | Case No. 12-00833-SC<br><br>ORDER GRANTING STIPULATED <u>REQUEST TO CHANGE TIME</u> |
| MICHAEL CHANG, d/b/a SUNRISE CLEANERS, INC., and ROXANNE CHANG, d/b/a, SUNRISE CLEANERS, INC.,<br><br>    Third-Party Plaintiffs,<br><br>  v.<br><br>FIREMAN'S FUND INSURANCE COMPANY,<br><br>    Third-Party Defendant. | |

The above-captioned parties have stipulated to continue the trial in this matter, which is currently set for August 12, 2013. ECF No. 70. Having reviewed the stipulation and the supporting documents and for good cause shown, the Court GRANTS the parties' request. The trial in this matter is continued to December 9, 2013 at 9:30 a.m. The pre-trial conference is rescheduled to November 22, 2013 at 10:00 a.m. The last day the Court will hear dispositive motions is October 25, 2013, and the discovery cut-off is September 23, 2013.

IT IS SO ORDERED.

Dated: June 4, 2013

UNITED STATES DISTRICT JUDGE

2