**United States District Court**
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHAEL CHANG, d/b/a SUNRISE CLEANERS, INC., and ROXANNE CHANG, d/b/a, SUNRISE CLEANERS, INC.,<br><br>        Defendants. | Case No. 12-00833-SC<br><br>ORDER GRANTING STIPULATED <u>REQUEST TO CHANGE TIME</u> |
| MICHAEL CHANG, d/b/a SUNRISE CLEANERS, INC., and ROXANNE CHANG, d/b/a, SUNRISE CLEANERS, INC.,<br><br>        Third-Party Plaintiffs,<br><br>    v.<br><br>FIREMAN'S FUND INSURANCE COMPANY,<br><br>        Third-Party Defendant. | |

1    The above-captioned parties have stipulated to continue the
trial in this matter, which is currently set for August 12, 2013.
ECF No. 70.  Having reviewed the stipulation and the supporting
documents and for good cause shown, the Court GRANTS the parties'
request.  The trial in this matter is continued to December 9, 2013
at 9:30 a.m.  The pre-trial conference is rescheduled to November
22, 2013 at 10:00 a.m.  The last day the Court will hear
dispositive motions is October 25, 2013, and the discovery cut-off
is September 23, 2013.

    IT IS SO ORDERED.

    Dated:  June 4, 2013

    _____
    UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2