IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL CHANG, d/b/a SUNRISE CLEANERS, INC., and ROXANNE CHANG, d/b/a SUNRISE CLEANERS, INC.,<br><br>　　　　Defendants. | Case No. 12-00833-SC<br><br>ORDER RE: PRE-JUDGMENT <u>INTEREST</u> |

　　　On November 6, 2013, the Court issued an Order granting Plaintiffs' motion for summary judgment, and awarding them damages in the amount of $884,101.59.  ECF No. 86.  The Court denied Plaintiffs' request for pre-judgment interest because Plaintiffs had not set forth the dates on which they had advanced sums to the Defendants, and thus the Court could not determine the starting dates for the calculation of pre-judgment interest.  The Court granted Plaintiffs leave to file supplemental briefing on the issue.  In their supplemental brief, Plaintiffs set forth the relevant dates and assert that they are entitled to $106,856.61 in pre-judgment interest as of November 20, 2013, and an additional

$169.55 per day until judgment is entered.  ECF No. 87.  Defendants have filed a response to Plaintiffs' supplemental brief, but they do not appear to contest any of Plaintiffs' calculations.  ECF No. 88.  Nonetheless, the Court declines to reward Plaintiffs for failing to fully brief the issue of pre-judgment interest in their motion for summary judgment.  Accordingly, the Court only awards pre-judgment interest through November 6, 2013 -- the date of the Court's summary judgment order.  Thus, Plaintiffs' pre-judgment interest is limited to $104,482.90.

IT IS SO ORDERED.

Dated:   December 13, 2013    _____
                              UNITED STATES DISTRICT JUDGE