**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, <br><br>  Plaintiffs, <br><br>  v. <br><br> MICHAEL CHANG, d/b/a SUNRISE CLEANERS, INC., and ROXANNE CHANG, d/b/a SUNRISE CLEANERS, INC., <br><br>  Defendants. | Case No. 12-00833-SC <br><br> <u>JUDGMENT</u> |

On November 6, 2013, the Court granted the above-captioned Plaintiffs' motion for summary judgment. ECF No. 86. In a concurrently filed order, the Court also awarded Plaintiffs pre-judgment interest. In accordance with those orders, the Court hereby enters JUDGMENT in favor of Plaintiffs Great American Insurance Company and Great American Insurance Company of New York, and against Michael Chang and Roxanne Chang in the amount of $884,101.59. The Court also awards pre-judgment interest in the amount of $104,482.90.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: December 13, 2013

_____
UNITED STATES DISTRICT JUDGE