Eric J. Sinrod (SBN 122868)
William J. Baron (SBN 111288)
E.J. Kim (SBN 250062)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail:    ejsinrod@duanemorris.com
           wjbaron@duanemorris.com
           ejkim@duanemorris.com

Attorneys for Plaintiffs and Counter-Defendants
GREAT AMERICAN INSURANCE COMPANY and
GREAT AMERICAN INSURANCE COMPANY OF
NEW YORK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York Corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL CHANG, an individual and d/b/a SUNRISE CLEANERS, INC., and ROXANNE CHANG, an individual,<br><br>　　　　　　Defendants.<br><br>AND RELATED CROSS-ACTION | Case No.: 3:12-CV-00833-SC<br><br>**GREAT AMERICAN'S ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT**<br><br>Judge:　　Hon. Samuel Conti<br>Action Filed: February 23, 2012 |

WHEREAS, on December 13, 2013, the Court entered judgment in this action (the "Judgment") in favor of Plaintiffs Great American Insurance Company and Great American Insurance Company of New York (collectively, "Great American") and against Defendants Michael Chang and Roxanne Chang (collectively, the "Changs") for amounts totaling $988,584.49 (ECF No. 91.); and

WHEREAS, the parties have subsequently settled their dispute and this action.

NOW THEREFORE, under the terms of the parties' settlement, Great American has received and accepted payment of less than the amount specified above in full satisfaction of the Judgment entered in this action, and Great American hereby acknowledges that the Changs are forever discharged from any and all liability for payment of the amount of the Judgment in this action. The Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction of said Judgment on the docket.

Dated: July 24, 2014

**DUANE MORRIS LLP**

By: _____
Eric J. Sinrod, Esq.
William J. Baron, Esq.
E.J. Kim, Esq.
Attorneys for Plaintiffs and Counter-Defendants
GREAT AMERICAN INSURANCE COMPANY and
GREAT AMERICAN INSURANCE COMPANY
OF NEW YORK